IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE J. SHAW,

    Plaintiff-Appellant,

V.

    Case Number 15-cv-511-wmc

JON LITSCHER, ET Al.,

    Defendants-Appellees.

## NOTICE OF APPEAL

Notice is hereby given that, Terrance J. Shaw, "Shaw" hereafter, proceeding Pro-Se, Appeal to the United States Court of Appeals for the 7th Circuit, from the final Judgment and Order granting Defendants Motion for Summary Judgment dismissing the above-entitled case, entered on January 9, 2017, in the United States District Court for the Western District of Wisconsin, the Honorable William M. Conley, U.S. District Court Judge, Presiding.

Dated this 30th day of January, 2017.

*Terrance J. Shaw*
Terrance J. Shaw
Plaintiff-Appellant, Pro-Se

Racine Correctional Institution
P.O. Box 900
Sturtevant, WI 53177-0900